ence, and the defendant had no actual notice thereof.

HIRSCHBERG, P. J., dissents.

In re WALBRIDGE. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the judicial settlement of the account of George O. Walbridge and others, as executors, etc., of Olin G. Walbridge, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

WALKER, Appellant, v. KNIGHTS OF COLUMBUS, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Sarah Walker against the Knights of Columbus. M. Breen, for appellant. W. D. McNulty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALLACH, Respondent, v. R. HUDNUT'S PHARMACY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Joseph Wallach against R. Hudnut's Pharmacy. No opinion. Order affirmed, with $10 costs and disbursements.

WALSH v. CAULFIELD et al. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Annie A. Walsh against John A. Caulfield and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re WARD. (Supreme Court, Appellate Division, First Department. December 17, 1909.) In the matter of Henry G. Ward deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and LAUGHLIN, JJ., dissent, on the ground that under the answer of the executor the surrogate had no jurisdiction to determine the question presented. Fiester v. Shepard, 92 N. Y. 251; In re Wagner's Estate, 119 N. Y. 28, 23 N. E. 200.

WARNER–QUINLAN ASPHALT CO., Appellant, v. CENTRAL NEW YORK TELEGRAPH & TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by the Warner-Quinlan Asphalt Company against the Central New York Telegraph and Telephone Company. No opinion. Judgment and order affirmed, with costs.

WEBB et al., Appellants, v. BELFORD, Surrogate, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the application of Silas D. Webb and others against Joseph M. Belford, as Surrogate of Suffolk County. No opinion. Appeal dismissed, with costs.

In re WEBB'S WILL. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of proving the last will and testament of Charles S. Webb, deceased.

PER CURIAM. Order of the Surrogate's Court of Suffolk County reversed, upon the ground that the estate of the infant and the trustees of the infant were not before the court, and that the surrogate under such circumstances had no power to make an order distributing that estate.

RICH and MILLER, JJ., dissent.

WEBSTER REALTY CO., Appellant, v. GERATY, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Webster Realty Company against Annie M. Geraty. M. E. Kelly, for appellant. H. Swain, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re WEIL. (Supreme Court, Appellate Division, First Department. July 1909.) In the matter of Arnold C. Weil. No opinion. Proceeding dismissed. Settle order on notice. Memorandum per curiam.

WEINBERG, Respondent, v. WICHERN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Carl Weinberg against Charles Wichern. No opinion. Motion to dismiss appeal granted, with costs.

WEINSTOCK, Appellant, v. CLARENDON IMPROVEMENT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Abraham Weinstock against the Clarendon Improvement Company and another. No opinion. Motion for reargument denied, with $10 costs. See, also, 119 N. Y. Supp. 604.

WEISSBERGER et al., Appellants, v. WALLACH, Respondent. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Herman Weissberger and another against Karl M. Wallach. A. A. Hovell, for appellants. S. N. Tuckman, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 124 App. Div. 382, 108 N. Y. Supp. 887.

WEST CANADA LUMBER CO., Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by the West Canada Lumber Company against Frederick C. Stevens. No opinion. Judgment and order affirmed, with costs. See, also, 132 App. Div. 949, 117 N. Y. Supp. 1150.

WEYAND et al., Respondents, v. PARK TERRACE Co., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Henry Weyand and another against the Park Terrace Company, impleaded with others. No opinion. Motions dismissed, without costs. See, also, 120 N. Y. Supp. 192.